**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1669**

OMAR ANTONIO CEDILLOS-BAROHONA,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: July 20, 2020                                        Decided: July 27, 2020

Before GREGORY, Chief Judge, KING and QUATTLEBAUM, Circuit Judges.

Petition dismissed by unpublished per curiam opinion.

Janeen Hicks Pierre, PIERRE LAW, PLLC, Charlotte, North Carolina, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Shelley Goad, Assistant Director, Kristin Moresi, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Omar Cedillos-Barohona, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's (IJ) decision denying his applications for asylum and withholding of removal. In his opening brief, Cedillos-Barohona has not addressed the Board's conclusion that he waived review of the IJ's alternative dispositive finding that he failed to establish eligibility for relief. We therefore conclude that Cedillos-Barohona has abandoned any such claim on appeal. *See Suarez-Valenzuela v. Holder*, 714 F.3d 241, 248-49 (4th Cir. 2013) (except in rare cases, failure to raise issue in opening brief constitutes abandonment of issue). Accordingly, because the Board's waiver finding as to a dispositive issue remains unchallenged, we grant the Attorney General's motion to dismiss and dismiss the petition for review for the reasons stated by the Board. *In re Cedillos-Barohona* (B.I.A. June 11, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DISMISSED*